UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

Eastern District of Kentucky
FILED
JAN 0 9 2006
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 05-32-03-DCR

UNITED STATES OF AMERICA                                        PLAINTIFF

VS:            **COURT'S ADVICE OF RIGHT TO APPEAL**

DENVER SIZEMORE                                                 DEFENDANT

You are notified by this court that you have a right to appeal your case to the Sixth Circuit Court of Appeals (unless you have validly waived that right), which on proper appeal will review your sentence and determine whether it was imposed in violation of applicable law. If you are unable to pay for the cost of the appeal, you have a right to apply for leave to appeal *in forma pauperis*, which means you may appeal without paying for it. The Notice of Appeal must be filed in this Court within ten (10) days from the date of entry of the Judgment. If you are without the services of an attorney and desire to appeal, upon request, the Clerk of the Court shall prepare and file forthwith a Notice of Appeal on your behalf.

If you do not have sufficient funds to employ counsel for appeal proceedings, upon proper application to the United States Court of Appeals for the Sixth Circuit, an attorney will be appointed to prosecute the appeal for you.

You may request to be released on a reasonable bond pending the appeal.

**ACKNOWLEDGMENT**

The above statement has been read to me in open court and a copy furnished to me this 9th day of January, 2006.

_____
DENVER SIZEMORE, Defendant

_____
Defendant's Attorney

Witness:

_____
Jackie Brock
Deputy Clerk